# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| INNOVATIVE RISK MANAGEMENT,<br><br>    Plaintiff,<br><br>    v.<br><br>SIKA CORPORATION,<br><br>    Defendant. | Case No. 1:20-cv-01507-NONE-SAB<br><br>ORDER REQUIRING DEFENDANT TO FILE RESPONSIVE PLEADING<br><br>SEVEN DAY DEADLINE |

On September 21, 2020, Innovative Risk Management ("Plaintiff"), filed this action in the Stanislaus County Superior Court against Sika Corporation ("Defendant") alleging violations of California labor law. (ECF No. 1 at 11-17.) Defendant was served with the complaint around September 23, 2020. (Decl. of Lisa P. Gruen, ¶ 3, ECF No. 1 at 20.) On October 23, 2020, Defendant removed the action to the Eastern District of California. (ECF No. 1.)

Pursuant to the Federal Rules of Civil Procedure, "[a] defendant who did not answer before removal must answer or present other defenses or objections under these rules within the longest of these periods: (A) 21 days after receiving--through service or otherwise--a copy of the initial pleading stating the claim for relief; (B) 21 days after being served with the summons for an initial pleading on file at the time of service; or (C) 7 days after the notice of removal is filed." Fed. R. Civ. P. 81(c)(2)."

///

Defendant's notice of removal does not include an answer filed in the state court. Accordingly, IT IS HEREBY ORDERED that Defendant shall file a responsive pleading within **seven (7) days** of the date of entry of this order.

IT IS SO ORDERED.

Dated:   **October 27, 2020**

UNITED STATES MAGISTRATE JUDGE