# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| INNOVATIVE RISK MANAGEMENT, | Case No. 1:20-cv-01507-NONE-SAB |
| Plaintiff, | ORDER REQUIRING PLAINTIFF TO FILE SIGNED STIPULATED REQUEST TO CORRECT UNSIGNED FILING |
| v. | |
| SIKA CORPORATION, | (ECF No. 8) |
| Defendant. | THREE DAY DEADLINE |

On October 23, 2020, this action was removed from the Stanislaus County Superior Court to the Eastern District of California. (ECF No. 1.) On October 26, 2020, the Court set an initial scheduling conference for January 8, 2021. (ECF No. 4.) On December 22, 2020, Plaintiff filed proposed order referencing a request to continue the scheduling conference. (ECF No. 10.) Although counsel may have informally contact chambers regarding the need for a change to the scheduling conference date, the filing is only in the form of a proposed order, and not signed by any party or counsel for a party. (Id.)

Unsigned documents generally cannot be considered by the Court. Fed. R. Civ. P. 11(a); L.R. 131(b). Although the Local Rules provide that anything filed "using an attorney's name, login, and password will be deemed to have been signed by that attorney for all purposes, including Fed. R. Civ. P. 11," the rule is a caveat to Local Rule 131(b)'s requirement for a scanned or facsimile of the original, and continues to provide: "For example, for the attorney

1

whose login and password is being used, it is sufficient to indicate a signature as in the following example: '/s/ John M. Barrister, Esquire.' "  L.R. 131(b)-(c).  Even if the Court were to accept the filing under Local Rule 131(c), given the filed proposed order is represented to be based on an agreement of the parties, the Court shall require the parties to submit a stipulated request, signed by counsel for both parties, or a filing in the form of a motion by one party.  See L.R. 131(e) (regarding documents requiring signatures of multiple counsel).  Electronic signature of opposing counsel may be placed on the document through approval by opposing counsel.  See L.R. 131(e).

Accordingly, within three days of entry of this order, Plaintiff shall correct the unsigned filing through submission of a stipulated agreement or other similar filing.

IT IS SO ORDERED.

Dated:   **December 23, 2020**

UNITED STATES MAGISTRATE JUDGE