# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| INNOVATIVE RISK MANAGEMENT,<br><br>Plaintiff,<br><br>v.<br><br>SIKA CORPORATION,<br><br>Defendant. | Case No. 1:20-cv-01507-NONE-SAB<br><br>ORDER RE STIPULATION CONTINUING MANDATORY SCHEDULING CONFERENCE<br><br>(ECF No. 12) |

On December 24, 2020, the parties filed a stipulation to continue the mandatory scheduling conference that is currently set for January 8, 2021. Having reviewed the stipulation, the Court finds that good cause exists to grant the stipulation.

Accordingly, IT IS HEREBY ORDERED that:

1. The scheduling conference set for January 8, 2021, is CONTINUED to **April 29, 2021, at 3:30 p.m.** in Courtroom 9; and

2. The parties shall file a joint scheduling report **seven (7) days** prior to the scheduling conference.

IT IS SO ORDERED.

Dated: __December 29, 2020__

UNITED STATES MAGISTRATE JUDGE

1