# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| INNOVATIVE RISK MANAGEMENT,<br><br>Plaintiff,<br><br>v.<br><br>SIKA CORPORATION,<br><br>Defendant. | Case No. 1:20-cv-01507-NONE-SAB<br><br>ORDER GRANTING PLANTIFF LEAVE TO FILE A FIRST AMENDED COMPLAINT NUNC PRO TUNC AND CONTINUING MANDATORY SCHEDULING CONFERENCE AT STIPULATION OF PARTIES<br><br>(ECF No. 14) |

Innovative Risk Management ("Plaintiff") filed this action against Sika Corporation ("Defendant") in the Stanislaus County Superior Court on September 21, 2020. (ECF No. 1 at 11-17.) On October 23, 2020, Defendant removed the action to the Eastern District of California. (ECF No. 1.) On November 3, 2020, Defendant filed an answer to the complaint. (ECF No. 2.) On April 21, 2021, the parties filed a stipulation to continue the mandatory scheduling conference that is presently set for April 29, 2021, and a first amended complaint. (ECF Nos. 14, 16.)

The stipulation states that the scheduling conference is to be continued because the parties have agreed that a first amended complaint will be filed to add additional parties. Since an answer has been filed in this action, Plaintiff may amend only by leave of the court or by written consent of the adverse party. Fed. R. Civ. P. 15(a)(2). The Court shall construe pleading as a stipulation to file a first amended complaint and shall grant Plaintiff leave to file the first amended complaint nunc pro tunc. Further, the parties have agreed to conduct discovery prior to the continued date.

1 Having reviewed the stipulation, the Court finds that good cause exists to grant the stipulation.

Accordingly, IT IS HEREBY ORDERED THAT:

1. The stipulation to file a first amended complaint is GRANTED nunc pro tunc;
2. The mandatory scheduling conference set for April 29, 2021, is CONTINUED to **July 29, 2021, at 3:30 p.m.** in Courtroom 9;
3. The parties are permitted to conduct discovery prior to the date of the continued scheduling conference; and
4. The parties shall file a joint schedule report **seven (7) days** prior to the scheduling conference.

IT IS SO ORDERED.

Dated: **April 23, 2021**

UNITED STATES MAGISTRATE JUDGE

2