# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| INNOVATIVE RISK MANAGEMENT, | Case No. 1:20-cv-01507-NONE-SAB |
| Plaintiff, | ORDER REQUIRING PLAINTIFF INNOVATIVE RISK MANAGEMENT TO FILE STATUS REPORT |
| v. | |
| SIKA CORPORATION, et al., | FIVE DAY DEADLINE |
| Defendants. | |

Plaintiff Innovative Risk Management filed this action against Sika Corporation on October 23, 2020. (ECF No. 1.) Defendant Sika Corporation filed an answer to the complaint on November 3, 2020. (ECF No. 6.) On November 22, 2021, Plaintiff filed a first amended complaint naming HD Supply Construction & Industrial White Cap and Surebuilt as defendants. (ECF No. 16.) On June 30, 2021, Defendant HD Supply Construction & Industrial White Cap filed an answer to the first amended complaint. (ECF No. 20.) However, Plaintiff has not filed proof of service on Defendant Surebuilt and no pleading responsive to the first amended complaint has been filed by Defendants Sika Corporation or Surebuilt.

There is currently a mandatory initial scheduling conference set in this action for July 29, 2021, before the undersigned. The Court finds that it does not serve the interest of judicial economy to hold the mandatory scheduling conference until all the defendants have been served and filed an answer to the first amended complaint, have been dismissed from the action, or

1

default has been entered.

Accordingly, IT IS HEREBY ORDERED that within **five (5) days** from the date of entry of this order Plaintiff shall file a notice informing the Court of the status of this action and addressing continuance of the mandatory scheduling conference.

IT IS SO ORDERED.

Dated: __**July 6, 2021**__

UNITED STATES MAGISTRATE JUDGE