# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| INNOVATIVE RISK MANAGEMENT,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>SIKA CORPORATION, et al.,<br><br>　　　　Defendants. | Case No. 1:20-cv-01507-NONE-SAB<br><br>ORDER REQUIRING PLAINTIFF TO FILE A REQUEST FOR ENTRY OF DEFAULT<br><br>(ECF No. 22)<br><br>SEVEN DAY DEADLINE |

On July 6, 2021, an order issued requiring Plaintiff Innovative Risk Management to file a status report on the service in this matter. On July 9, 2021, Plaintiff returned proofs of service demonstrating that service has now been effective on all defendants. Plaintiff asserts that it will be seeking default against Defendant Surebuilt due to the defendant's failure to respond to the first amended complaint. Plaintiff states that it is amenable to proceeding with the scheduling conference with the defendants that have appeared and if the Court feels that the time is not ripe for a scheduling conference, requests that the scheduling conference be continued for ninety days to allow for entry of default judgment against Defendant Surebuilt. Once default is entered against Defendant Surebuilt, the Court finds it would be appropriate to proceed with the scheduling conference with the parties that have appeared in the action.

/ / /

/ / /

1

Accordingly, IT IS HEREBY ORDERED that Plaintiff shall file a request for entry of default against Defendant Surebuilt **within seven (7) days** of the date of entry of this order if no responsive pleading has been filed.

IT IS SO ORDERED.

Dated: __**July 12, 2021**__

UNITED STATES MAGISTRATE JUDGE