UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| INNOVATIVE RISK MANAGEMENT,<br><br>Plaintiff,<br><br>v.<br><br>SIKA CORPORATION, et al.,<br><br>Defendants. | Case No.  1:20-cv-01507-NONE-SAB<br><br>ORDER RE STIPULATION AND SETTING ASIDE DEFAULT AGAINST SUREBUILT AND EXTENDING TIME FOR RESPONSIVE PLEADING TO BE FILED<br><br>(ECF Nos. 33, 38) |

Innovative Risk Management ("Plaintiff") initiated this civil action in the Superior Court of California, County of Stanislaus against Defendant Sika Corporation on September 21, 2020. (ECF No. 1.)  Sika Corporation removed the action to this Court on October 23, 2020.  (Id.)  On April 22, 2021, Plaintiff filed a first amended complaint to add Defendants HD Supply Construction & Industrial White Cap and Surebuilt. (ECF No. 16.)  A summons was issued as to Defendants HD Supply Construction & Industrial White Cap and Surebuilt on April 23, 2021. (ECF No. 17.)  On July 9, 2021, Plaintiff returned a proofs of service showing Defendants HD Supply Construction & Industrial White Cap and Surebuilt have been served with the summons and amended complaint.  (ECF Nos. 23, 24.)  HD Supply Construction & Industrial White Cap answered the amended complaint on June 30, 2021.  (ECF No. 20.)  On July 20, 2021, the Clerk of the Court entered default against Defendant Surebuilt at Plaintiff's request.  (ECF Nos. 30, 31, 33.)

1

On October 7, 2021, a stipulation was filed to set aside the default against Defendant Surebuilt and extend time for it to respond to the amended complaint. (ECF No. 38.)

Accordingly, pursuant to the stipulation of the parties, IT IS HEREBY ORDERED that:

1. The default entered against Defendant Surebuilt on July 20, 2021, is SET ASIDE; and

2. Defendant Surebuilt shall file a pleading responsive to the first amended **within thirty (30) days** of the date of entry of this order.

IT IS SO ORDERED.

Dated: **October 8, 2021**

UNITED STATES MAGISTRATE JUDGE