# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| INNOVATIVE RISK MANAGEMENT, | Case No. 1:20-cv-01507-JLT-SAB |
| Plaintiff, | ORDER GRANTING STIPULATED MOTION TO MODIFY NONEXPERT DISCOVERY DEADLINE |
| v. | |
| SIKA CORPORATION, et al., | (ECF Nos. 45 ,49) |
| Defendants. | |

Innovative Risk Management ("Plaintiff") filed this action against in the Stanislaus County Superior Court on September 21, 2020. (ECF No. 1 at 11-17.) On October 23, 2020, the action was removed the action to the Eastern District of California. (ECF No. 1.) The Court issued a scheduling order on November 30, 2021, that set among other deadlines, a nonexpert discovery deadline of November 14, 2022; and an expert discovery deadline of March 24, 2023. (ECF No. 45.) On November 3, 2022, the parties filed a stipulated motion to modify the scheduling order, and extend the nonexpert discovery deadline until March 14, 2023. (ECF No. 49.) The parties proffer that there has been significant difficulty in coordinating depositions for witnesses across the country, and additionally, Defendant Sika Corporation's counsel experience a system and network outage that rendered all documents, files, emails, and contacts inaccessible for approximately 6 weeks. Further, the parties desire to attend mediation, but are unable to find an available mediator until the Spring of 2023.

1

The parties do not request an extension of any of the expert discovery deadlines, and the Court presumes the parties have considered the impact of the extension of this deadline for purposes of depositions in relation to the expert discovery deadlines. The Court finds good cause to grant the parties' stipulated motion.

Accordingly, IT IS HEREBY ORDERED that the stipulated motion is GRANTED and the nonexpert discovery deadline is extended to March 14, 2023. All other aspects and deadlines of the scheduling order remain unmodified.

IT IS SO ORDERED.

Dated:   **November 4, 2022**

UNITED STATES MAGISTRATE JUDGE