# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| INNOVATIVE RISK MANAGEMENT,<br><br>Plaintiff,<br><br>v.<br><br>SIKA CORPORATION, et al.,<br><br>Defendants. | Case No. 1:20-cv-01507-JLT-SAB<br><br>ORDER RE: STIPULATED MOTION TO MODIFY SCHEDULING ORDER<br><br>(ECF Nos. 45, 50, 53) |

A scheduling order for this matter issued on November 30, 2021, which was subsequently amended on November 4, 2022. (ECF Nos. 45, 50.)

On December 1, 2022, the parties filed a stipulated motion to modify the schedule. (ECF No. 53.) The parties proffer they need additional time to complete discovery due to significant delays due to coordination of deponents located across the country, as well as a major network outage that rendered all documents, files, emails and contacts inaccessible for approximately six weeks. The parties further proffer they wish to attend mediation, but the next available date with a mediator is in the Spring of 2023. The parties request to modify the discovery deadlines; they do not seek to continue the pretrial conference date, which is currently set for January 19, 2024. The Court finds good cause exists to grant the parties' stipulated motion.

///

///

Accordingly, good cause appearing, IT IS HEREBY ORDERED that the parties' stipulated motion to modify the schedule (ECF No. 53) is GRANTED.  The scheduling order is further modified as follows:

1. Expert Designation Deadline: **April 7, 2023**;

2. Supplemental Expert Designation Deadline: **May 24, 2023**;

3. Expert Discovery Deadline: **July 24, 2023**; and

4. Dispositive Motion Deadline: **September 19, 2023**.

5. All other aspects of the scheduling order continue to remain in effect.

IT IS SO ORDERED.

Dated:   **December 2, 2022**

UNITED STATES MAGISTRATE JUDGE