JEFFREY L. MALEK (SBN 94080)
jmalek@maleklaw.com
STEVEN O'HERIN (SBN 301783)
soherin@maleklaw.com
MALEK & MALEK
1 Sansome Street, Suite 3500
San Francisco, California 94104
Telephone: 415-981-0848
Facsimile:  310-371-7242

Attorneys for Plaintiff,
INNOVATIVE RISK MANAGEMENT

# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| INNOVATIVE RISK MANAGEMENT,<br><br>Plaintiff,<br><br>v.<br><br>SIKA CORPORATION and DOES 1-50, Inclusive,<br><br>Defendants. | CASE NO.: 1 :20-cv-01507-DJC-AC<br><br>**ORDER ON STIPULATION FOR DISMISSAL**<br><br>Judge: Assigned to Daniel J. Calabretta, U.S. District Judge and Allison Claire, U.S. Magistrate Judge<br><br>[Removed from Stanislaus County Superior Court, Case No. CV-20-004080] |

Pursuant to the stipulation of the parties under Federal Rules of Civil Procedure Rule 41(a)(1)(A)(ii) and Rule 41(c), IT IS HEREBY ORDERED THAT:

1) The action is dismissed with prejudice in its entirety;

2) Plaintiff's complaint is dismissed as to each defendant with prejudice;

///

///

1

ORDER ON STIPULATION FOR DISMISSAL

3)  Defendant Sika's cross-claim is dismissed with prejudice; and

4)  All parties shall bear that party's own attorney's fees and costs.

**IT IS SO ORDERED.**

Dated:  March 19, 2024          /s/ Daniel J. Calabretta

THE HONORABLE DANIEL J. CALABRETTA
UNITED STATES DISTRICT JUDGE

2

ORDER ON STIPULATION FOR DISMISSAL